

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00220-CR

Gilbert **TELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRN000013-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Cynthia Perez Lenz's notification of late record is hereby NOTED. The reporter's record is due no later than July 5, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court